396 A.2d 55

Commonwealth v. Robert L. Weaver, Appellant.

Submitted March 20, 1978.  Edward F. Browne, Jr., Assistant Public Defender, for appellant;  Michael H. Ranck, Assistant District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM:  Judgment of sentence vacated and case remanded to the trial court for the purpose of compliance with Pa.R.Crim.P. 1123(c), and to thereafter permit the appellant to file post-verdict motions if he elects to do so.

HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 56

Commonwealth v. Martin Wexler, Appellant.

Submitted March 29, 1978.  Martin Wexler, appellant, *in propria persona* ;  William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.